UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re:

LIGHTSQUARED INC., *et al.*[1]

------------------------------------------------------------------:

HARBINGER CAPITAL PARTNERS LLC, HGW US
HOLDING COMPANY LP, BLUE LINE DZM CORP.,
AND HARBINGER CAPITAL PARTNERS SP INC.,

                  Plaintiffs,

                 - against-

CHARLES W. ERGEN, ECHOSTAR CORPORATION,
DISH NETWORK CORPORATION, L-BAND
ACQUISITION LLC, SP SPECIAL
OPPORTUNITIES LLC, SP SPECIAL OPPORTUNITIES
HOLDINGS LLC, SOUND POINT CAPITAL
MANAGEMENT LP, AND STEPHEN KETCHUM,

                  Defendants.

------------------------------------------------------------------X

Chapter 11

Case No. 12-12080 (SCC)

Jointly Administered

Adv. Proc. No. 13-1390 (SCC)

**SCHEDULING ORDER**

       The Court having convened a scheduling conference in the above-captioned adversary proceeding (the "Adversary Proceeding"); and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

       1.     Except as set forth in this paragraph, all parties wishing to assert claims of any kind in connection with the issues raised by the Adversary Proceeding, or otherwise to intervene,

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629), and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

join, or participate in the Adversary Proceeding, shall file an appropriate pleading on or before August 22, 2013 (the "Intervention Deadline"). The Intervention Deadline shall not apply to the Debtors with respect to claims which, as of that deadline, the Debtors believe in good faith require further development of the factual record before the Debtors should make a decision with respect to intervention. The Debtors' last day to intervene with respect to any claims shall be November 15, 2013. All parties who intervene by the Intervention Deadline reserve their right to seek to assert any existing claim on behalf of the Debtors' estates if the Debtors do not intervene with respect to such existing claim.

2. Discovery shall commence on August 22, 2013. The Debtors, the Ad Hoc Secured Group of LightSquared LP Lenders, U.S. Bank National Association, Mast Capital Management, LLC, Centaurus Capital LP and the Ad Hoc Committee of LightSquared LP Preferred Shareholders shall have the right to receive a copy of all information produced, including documents, responses to interrogatories and requests for admissions, and attend and participate in all depositions in connection with the discovery notwithstanding whether such entities have intervened in the Adversary Proceeding.

3. All responsive pleadings and/or motions to dismiss, including in response to intervenor complaints, shall be filed on or before September 9, 2013, unless the Debtors intervene after September 9, 2013 with respect to any claims, in which case the Defendants shall have 21 days from the date of such intervention to file a responsive pleading and/or motion to dismiss

4. All discovery, including third-party discovery, shall be completed on or before November 15, 2013.

5.      A trial in this matter shall commence on December 2, 2013, or such other date as is convenient for the Court.

6.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: August 19, 2013
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE