Marc E. Kasowitz
David M. Friedman
Jed I. Bergman
Christine A. Montenegro
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:   (212) 506-1800

*Attorneys for Plaintiffs-Appellants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
:
In re: : Chapter 11
:
LIGHTSQUARED INC., *et al.*,[1] : Case No. 12-12080 (SCC)
:
: Jointly Administered
Debtors. :
: Adv. Proc. No. 13-1390 (SCC)
--------------------------------------------------------------------X
:
HARBINGER CAPITAL PARTNERS LLC, HGW US : **NOTICE OF MOTION FOR**
HOLDING COMPANY LP, BLUE LINE DZM CORP., : **LEAVE TO APPEAL**
AND HARBINGER CAPITAL PARTNERS SP, INC., :
:
Plaintiffs-Appellants, :
:
- against- :
:
CHARLES W. ERGEN, ECHOSTAR CORPORATION, :
DISH NETWORK CORPORATION, L-BAND :
ACQUISITION LLC, SP SPECIAL :
OPPORTUNITIES LLC, SPECIAL OPPORTUNITIES :

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), LightSquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040) ("LightSquared").

```
HOLDINGS LLC, SOUND POINT CAPITAL          :
MANAGEMENT LP, AND STEPHEN KETCHUM,        :
                                           :
                  Defendants-Appellees.    :
-------------------------------------------X
THE AD HOC SECURED GROUP OF                :
LIGHTSQUARED LP LENDERS,[2] LIGHTSQUARED   :
INC., et al., MAST CAPITAL MANAGEMENT, LLC,:
AND U.S. BANK NATIONAL ASSOCIATION,        :
                                           :
                  Intervenors.             :
-------------------------------------------X
```

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Plaintiffs-Appellants, Harbinger Capital Partners LLC, HGW US Holding Company LP, Blue Line DZM Corp., and Harbinger Capital Partners SP, Inc. (collectively, "Harbinger"), the Declaration of Jed I. Bergman and the exhibits attached thereto, counsel for Harbinger will move pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and, to the extent leave is required, 8003(a), as soon as they may be heard in the United States Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for an order granting leave to appeal, to the extent such leave may be required, from the Court's *Order Granting Motions to Dismiss the Amended Complaint*, dated November 14, 2013 [Dkt. No. 65] and *Memorandum Decision Granting Motions to Dismiss Complaint*, dated November 21, 2013 [Dkt. No. 68], entered in the above-captioned adversary proceeding. Defendants-

---

[2] As of the date hereof, the Ad Hoc LP Secured Group is comprised of Capital Research and Management Company, Cyrus Capital Partners, L.P., Fir Tree Capital Opportunity Master Fund, L.P., Intermarket Corporation, SP Special Opportunities LLC, and UBS AG, Stamford Branch. Collectively, each member of the Ad Hoc LP Secured Group or its affiliate is the advisor to or beneficial owner of, or the holder or manager of, various accounts with investment authority, contractual authority or voting authority for $1,379,606,450.74 in aggregate principal amount of loans (the "Loan Debt") made pursuant to that certain credit agreement, dated as of October 1, 2010 by and among LightSquared LP as borrower, its affiliate guarantors and the lenders party thereto from time to time, which represents approximately 82% of the outstanding Loan Debt (*See* Seventh Supplemental Verified Statement of White & Case LLP Pursuant to Bankruptcy Rule 2019 [Dkt. No. 770]).

Appellees' opposition to the motion is due on or before December 16, 2013, and Plaintiffs-Appellants' reply is due on or before December 23, 2013.

Dated: New York, New York
December 2, 2013

                Respectfully submitted,

                KASOWITZ, BENSON, TORRES
                  & FRIEDMAN LLP

                By: */s/ David M. Friedman*
                    Marc E. Kasowitz
                    David M. Friedman
                    Jed I. Bergman
                    Christine A. Montenegro

                    1633 Broadway
                    New York, New York 10019
                    Tel. (212) 506-1700
                    Fax (212) 506-1800

                *Attorneys for Plaintiffs-Appellants Harbinger Capital Partners LLC, HGW US Holding Company LP, Blue Line DZM Corp., and Harbinger Capital Partners SP, Inc.*

TO:

    Rachel C. Strickland
    James C. Dugan
    Mary K. Warren
    WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, NY 10019
    Telephone: (212) 728-8000
    *Attorneys for Charles Ergen, SP Special Opportunities, and Special Opportunities Holdings LLC*

    Peter Friedman
    Alexander Slater
    O'MELVENY & MYERS LLP
    Times Square Tower
    7 Times Square
    New York, NY 10036
    Telephone: (212) 728-5988
    *Attorneys for Sound Point Capital Management and Stephen Ketchum*

    Robert J. Giuffra, Jr.
    Brian T. Frawley
    Brian D. Glueckstein
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, NY 10004
    Telephone: (212) 558-4000
    *Attorneys for EchoStar Corporation, Dish Network Corporation and L-Band Acquisition Corp.*

    Michael S. Stamer
    Abid Qureshi
    Philip C. Dublin
    Kenneth A. Davis
    Jonah E. McCarthy
    AKIN GUMP STRAUSS HAUER & FELD LLP
    One Bryant Park
    New York, NY 10036
    Telephone: (212) 872-1000
    *Attorneys for U.S. Bank National Association and Mast Capital Management, LLC on behalf of its managed and affiliated funds*

    Matthew S. Barr
    Alan J. Stone
    Karen Gartenberg

MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
*Attorneys for Debtors and Debtors in Possession*

Glenn M. Kurtz
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
*Attorneys for the Ad Hoc Secured Group of LightSquared LP Lenders*

5