Robert J. Giuffra, Jr.
Brian T. Frawley
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
(212) 558-4000 (telephone)
(212) 558-3588 (facsimile)

*Counsel to DISH Network Corporation and EchoStar Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x

In re:

LIGHTSQUARED INC., *et al.*,

                Debtors.

------------------------------------------

LIGHTSQUARED LP, LIGHTSQUARED INC.,
LIGHTSQUARED INVESTORS HOLDINGS INC., TMI
COMMUNICATIONS DELAWARE LIMITED
PARTNERSHIP, LIGHTSQUARED GP INC., ATC
TECHNOLOGIES, LLC, LIGHTSQUARED CORP.,
LIGHTSQUARED INC. OF VIRGINIA,
LIGHTSQUARED SUBSIDIARY LLC, SKYTERRA
HOLDINGS (CANADA) INC., AND SKYTERRA
(CANADA) INC.,

                Plaintiffs-Intervenors,

    - against -

SP SPECIAL OPPORTUNITIES LLC, DISH NETWORK
CORPORATION, ECHOSTAR CORPORATION, AND
CHARLES ERGEN,

                Defendants.

------------------------------------------ x

:   Chapter 11
:
:   Case No. 12-12080 (SCC)
:
:   Jointly Administered
:
:   Adv. Proc. No. 13-01390 (SCC)

**DECLARATION OF BRIAN D. GLUECKSTEIN IN SUPPORT OF DISH NETWORK
CORPORATION AND ECHOSTAR CORPORATION'S PRETRIAL BRIEF**

BRIAN D. GLUECKSTEIN, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a member of the Bar of the State of New York and a member of Sullivan & Cromwell LLP, counsel to Defendants DISH Network Corporation ("DISH") and EchoStar Corporation ("EchoStar") in the above-captioned matter. I am also a member of the Bar of the U.S. District Court for the Southern District of New York.

2. I respectfully submit this Declaration in support of DISH and EchoStar's pretrial brief.

3. Attached hereto as Exhibit A is a true and correct copy of the Credit Agreement, dated October 1, 2010, Bates stamped HARBAP00004044-4250.

4. Attached hereto as Exhibit B is a true and correct copy of a July 23, 2013 e-mail and attachment from Stephen Ketchum, Bates stamped LSQ-SPCD-000011917-1921.

5. Attached hereto as Exhibit C is a true and correct copy of the transcript of the deposition of Charles W. Ergen, dated December 31, 2013.

6. Attached hereto as Exhibit D is a true and correct copy of the transcript of the deposition of Jason Kiser, dated December 17, 2013.

7. Attached hereto as Exhibit E is a true and correct copy of the transcript of the deposition of David Rayner, dated December 18, 2013.

8. Attached hereto as Exhibit F is a true and correct copy of the transcript of the deposition of Robert E. Olson, dated December 19, 2013.

9. Attached hereto as Exhibit G is a true and correct copy of the DISH Investment Policy, Bates stamped DISH_NY000002745.

10. Attached hereto as <u>Exhibit H</u> is a true and correct copy of the DISH Cash Management Policy ("EchoStar Communications Corporation Investment Policy"), Bates stamped DISH_NY000002746-2750.

11. Attached hereto as <u>Exhibit I</u> is a true and correct copy of the transcript of the deposition of Thomas A. Cullen, dated December 20, 2013.

12. Attached hereto as <u>Exhibit J</u> is a true and correct copy of the EchoStar Investment Policy ("Investment Policy Quarterly Update"), Bates stamped ECHO_NY000001785.

13. Attached hereto as <u>Exhibit K</u> is a true and correct copy of the Notice of Administrative Agent, dated May 9, 2012, Bates stamped HARBAP00000199.

14. Attached hereto as <u>Exhibit L</u> is a true and correct copy of the draft Credit Agreement, dated September 18, 2010, Bates stamped L2AP0009309-9429.

15. Attached hereto as <u>Exhibit M</u> is a true and correct copy of the draft Credit Agreement, dated September 19, 2010, Bates stamped L2AP0011772-1866.

16. Attached hereto as <u>Exhibit N</u> is a true and correct copy of the draft Credit Agreement, dated September 21, 2010, Bates stamped L2AP0011518-1638.

17. Attached hereto as <u>Exhibit O</u> is a true and correct copy of the transcript of the deposition of Steve Zelin, dated December 20, 2013.

18. Attached hereto as <u>Exhibit P</u> is a true and correct copy of a May 7, 2012 e-mail from Philip Falcone, Bates stamped DISH_NY000002652.

19. Attached hereto as <u>Exhibit Q</u> is a true and correct copy of the transcript of the deposition of Stephen Ketchum, dated December 16, 2013.

20. Attached hereto as <u>Exhibit R</u> is a true and correct copy of the transcript of the deposition of Mark S. Hootnick, dated December 12, 2013.

21.Attached hereto as <u>Exhibit S</u> is a true and correct copy of the transcript of the deposition of William Q. Derrough, dated January 6, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 8, 2013
New York, New York

/s/ Brian D. Glueckstein
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000 (telephone)
(212) 558-3588 (facsimile)

*Counsel to DISH Network Corporation and EchoStar Corporation*

-3-