Rachel C. Strickland
Tariq Mundiya
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000

*Counsel for Defendants Charles W. Ergen
and SP Special Opportunities, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | |
| LIGHTSQUARED INC., *et al.,* | : | Case No. 12-12080 (SCC) |
| | | |
| Debtors. | : | Jointly Administered |
| | | |
------------------------------------------------------------------------x     Adv. Proc. No. 13-01390-scc

| | |
|---|---|
| LIGHTSQUARED LP, LIGHTSQUARED INC., LIGHTSQUARED INVESTORS HOLDINGS INC., TMI COMMUNICATIONS DELAWARE LIMITED PARTNERSHIP, LIGHTSQUARED GP INC., ATC TECHNOLOGIES, LLC, LIGHTSQUARED CORP., LIGHTSQUARED INC. OF VIRGINIA, LIGHTSQUARED SUBSIDIARY LLC, SKYTERRA HOLDINGS (CANADA) INC., AND SKYTERRA (CANADA) INC.) | : |
| Plaintiff-Intervenors, | : |
| vs. | : |
| SP SPECIAL OPPORTUNITIES LLC, DISH NETWORK CORPORATION, ECHOSTAR CORPORATION, AND CHARLES W. ERGEN | : |
| Defendants. | : |

------------------------------------------------------------------------x

**DECLARATION OF TARIQ MUNDIYA IN SUPPORT OF TRIAL BRIEF OF
DEFENDANTS SP SPECIAL OPPORTUNITIES, LLC AND CHARLES W. ERGEN**

Tariq Mundiya, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Southern District of New York. I am a partner at Willkie Farr & Gallagher LLP, counsel for Defendants Charles W. Ergen and SP Special Opportunities, LLC (together, the "Ergen Defendants") in the above-captioned adversary proceeding.

2. I submit this Declaration in support of the Ergen Defendants' Trial Brief.

3. I base this declaration on my personal knowledge and on information obtained in the course of the above-captioned matters.

4. Attached hereto are true and correct copies of the following items:

| **Exhibit** | **Item** |
|---|---|
| A. | Excerpts from the 12/12/13 deposition of Mark Hootnick |
| B. | Excerpts from the 12/31/13 deposition of Charles Ergen |
| C. | Excerpts from the 12/17/13 deposition of Jason Kiser |
| D. | Excerpts from the 12/16/13 deposition of Stephen Ketchum |
| E. | DISH Investment Policy (Defendants' Trial Exhibit 331) |
| F. | Excerpts from the 10/23/13 deposition of Gary Howard |
| G. | Excerpts from the 1/31/13 hearing transcript |
| H. | 5/15/13 Email from Strickland to Hootnick (Defendants' Trial Exhibit 335) |
| I. | 5/30/13 Email from Strickland to Woolery et al. (Defendants' Trial Exhibit 208) |

J.   5/22/13 Email from Howard to Goodbarn (Defendants' Trial Exhibit 185)

K.   5/22/13 Email from Ergen to Goodbarn (Defendants' Trial Exhibit 191)

L.   6/19/13 Email from Goodbarn to Ergen (Defendants' Trial Exhibit 243)

M.   7/18/13 Email from Ehrhart to DISH Board (Defendants' Trial Exhibit 287)

N.   Excerpts from the 12/20/13 deposition of Steve Zelin

O.   *Centerbridge Reaches Tentative Deal for LightSquared*, 12/11/13 Wall Street Journal (Defendants' Trial Exhibit 337)

P.   *Centerbridge Won't Proceed With Deal to Buy LightSquared*, 12/17/13 Wall Street Journal (Defendants' Trial Exhibit 338)

Q.   10/1/10 Credit Agreement (Defendants' Trial Exhibit 5)

R.   9/18/10 Latham Draft Credit Agreement (Defendants' Trial Exhibit 2)

S    9/19/10 Milbank Draft Credit Agreement (Defendants' Trial Exhibit 3)

T.   9/21/10 Latham Draft Credit Agreement (Defendants' Trial Exhibit 4)

U.   10/1/10 Stockholders' Agreement

V.   Excerpts from the 12/20/13 Deposition of Thomas Cullen

W.   Excerpts from 12/10/13 Hearing Transcript

X.   Excerpts from 10/29/13 Hearing Transcript

Y.   5/5/12 Email from Falcone to Cohen (Defendants' Trial Exhibit 35)

- 4 -

    Z.        6/13/13 Email from Barr to Strickland (Defendants' Trial Exhibit 336)

    AA.      Excerpts from the 12/19/13 deposition of Marc Montagner

    BB.      Excerpts from the deposition of Douglas Smith

    CC.      5/18/13 Email from Falcone to Smith (Defendants' Trial Exhibit 340)

    DD.      Excerpts from the 1/6/14 deposition of William Derrough

    EE.      6/6/13 Email from Deeds to Massaro (Defendants' Trial Exhibit 254)

    FF.      5/6/12 Email from Ketchum to Friedman et al.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York        By:  /s/ Tariq Mundiya
       January 8, 2014                      Tariq Mundiya

11051674