# EXHIBIT B

*(Intentionally omitted pending Court's confidentiality ruling)*