**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGHTSQUARED INC., *et al.*, | ) | Case No. 12-12080 (SCC) |
| | ) | |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |
| | ) | Adv. Proc. No. 13-01390 (SCC) |
| | ) | |
| LIGHTSQUARED LP, LIGHTSQUARED INC., | ) | |
| LIGHTSQUARED INVESTORS HOLDINGS INC. | ) | |
| TMI COMMUNICATIONS DELAWARE | ) | |
| LIMITED PARTNERSHIP, LIGHTSQUARED GP INC., | ) | |
| ATC TECHNOLOGIES, LLC, LIGHTSQUARED CORP., | ) | |
| LIGHTSQUARED INC. OF VIRGINIA, | ) | |
| LIGHTSQUARED SUBSIDIARY LLC, | ) | |
| SKYTERRA HOLDINGS (CANADA) INC., AND | ) | |
| SKYTERRA (CANADA) INC. | ) | |
| Plaintiff-Intervenors, | ) | |
| -against- | ) | |
| SP SPECIAL OPPORTUNITIES LLC, | ) | |
| DISH NETWORK CORPORATION, | ) | |
| ECHOSTAR CORPORATION, | ) | |
| AND CHARLES W. ERGEN, | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE**

I, Alvaro Salas, Jr., depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtors in the above-captioned cases.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), LightSquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040). The location of the debtors' corporate headquarters is 450 Park Avenue, Suite 2201, New York, NY 10022.

On January 7, 2014, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic mail on the service list attached hereto as **Exhibit A**; and via Overnight mail on the service list attached hereto as **Exhibit B**:

- **LightSquared's Trial Brief** [Adv. Docket No. 113]

- **Declaration of Alan J. Stone in Support of LightSquared's Trial Brief** [Adv. Docket No. 114]

Dated: January 9, 2014

_____
Alvaro Salas, Jr.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of January, 2014, by Alvaro Salas, Jr., proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

Exhibit A

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | Michael S. Stamer<br>Philip C. Dublin<br>Abid Qureshi<br>Deborah J. Newman<br>Ryan J. Donohue | mstamer@akingump.com;<br>pdublin@akingump.com;<br>aqureshi@akingump.com;<br>djnewman@akingump.com;<br>rdonohue@akingump.com |
| O'MELVENY & MYERS LLP | Charles Bachman & Alexander Slater | cbachman@omm.com;<br>aslater@omm.com |
| O'MELVENY & MYERS LLP | Peter Friedman | pfriedman@omm.com |
| SULLIVAN & CROMWELL LLP | Brian D. Glueckstein | gluecksteinb@sullcrom.com |
| SULLIVAN & CROMWELL LLP | Robert J. Giuffra, Jr. | giuffrar@sullcrom.com |
| SULLIVAN & CROMWELL LLP | Brian T. Frawley | frawleyb@sullcrom.com |
| Willkie Farr & Gallagher LLP | Rachel C. Strickland, James C. Dugan, Mary K. Warren | rstrickland@willkie.com;<br>jdugan@willkie.com;<br>mwarren@willkie.com |

# Exhibit B

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | Abid Qureshi | One Bryant Park | | | New York | NY | 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Deborah J. Newman | One Bryant Park | | | New York | NY | 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Michael S. Stamer | One Bryant Park | | | New York | NY | 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Philip C. Dublin | One Bryant Park | | | New York | NY | 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Ryan J. Donohue | One Bryant Park | | | New York | NY | 10036 |
| Bingham Mccutchen LP | Jason D. Frank | One Federal Plaza | | | Boston | MA | 02110-1726 |
| Bingham Mccutchen LP | Jeffrey S. Sabin | 399 Park Avenue | | | New York | NY | 10022 |
| Charles W. Engren | L-Band Acquisition, LLC | c/o DISH Network Corporate Headquarters | 9601 South Meridian Blvd | | Englewood | CO | 80112 |
| Charles W. Engren | L-Band Acquisition, LLC | c/o The Corporation Trust Company | Corporation Trust Center | 1209 Orange St | Wilmington | DE | 19801 |
| Charles W. Engren | SP Special Opportunities LLC | c/o Corporation Service Company | 2711 Centerville Rd Ste 400 | | Wilmington | DE | 19808 |
| Charles W. Engren | SP Special Opportunities LLC | c/o Sound Point Capital Management, L.P. | 375 Park Avenue, 25th Fl | | New York | NY | 10152 |
| Charles W. Engren | Special Opportunities Holdings, LLC | c/o Corporation Service Company | 2711 Centerville Rd Ste 400 | | Wilmington | DE | 19808 |
| Charles W. Engren | Special Opportunities Holdings, LLC | c/o Sound Point Capital Management, L.P. | 375 Park Avenue, 25th Fl | | New York | NY | 10152 |
| Charles W. Engren [individually] | DISH Network Corporate Headquarters | 9601 South Meridian Blvd | | | Englewood | CO | 80112 |
| Dean A. Manson | EchoStar Corporation | 100 Inverness Terrance East | | | Englewood | CO | 80112 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | Christine A. Montenegro | 1633 Broadway | | | New York | NY | 10019 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | David M. Friedman | 1633 Broadway | | | New York | NY | 10019 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | Jed I. Bergman | 1633 Broadway | | | New York | NY | 10019 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | Marc E. Kasowitz | 1633 Broadway | | | New York | NY | 10019 |
| O'MELVENY & MYERS LLP | Charles Bachman & Alexander Slater | Times Square Tower | 7 Times Square | | New York | NY | 10036 |
| O'MELVENY & MYERS LLP | Peter Friedman | 1625 Eye Street, NW | | | Washington | DC | 20006 |
| R. Stanton Dodge | DISH Network Corporate Headquarters | 9601 South Meridian Blvd | | | Englewood | CO | 80112 |
| Stephen Ketchum | Sound Point Capital Management, L.P. | 375 Park Avenue, 25th Fl | | | New York | NY | 10152 |
| Stephen Ketchum [individually] | Sound Point Capital Management, L.P. | 375 Park Avenue, 25th Fl | | | New York | NY | 10152 |
| SULLIVAN & CROMWELL LLP | Brian D. Glueckstein | 125 Broad Street | | | New York | NY | 10004 |
| SULLIVAN & CROMWELL LLP | Brian T. Frawley | 125 Broad Street | | | New York | NY | 10004 |
| SULLIVAN & CROMWELL LLP | Robert J. Giuffra, Jr. | 125 Broad Street | | | New York | NY | 10004 |
| WHITE & CASE LLP | Craig H. Averch | 633 West Fifth Street, Suite 1900 | | | Los Angeles | CA | 90071 |
| WHITE & CASE LLP | Thomas E Lauria | Southeast Financial Center, Suite 4900 | 200 South Biscayne Boulevard | | Miami | FL | 33131-2352 |
| WILLKIE FARR & GALLAGHER LLP | James C. Dugan | 787 Seventh A venue | | | New York | NY | 10019 |
| WILLKIE FARR & GALLAGHER LLP | Mary K. Warren | 787 Seventh A venue | | | New York | NY | 10019 |
| WILLKIE FARR & GALLAGHER LLP | Rachel C. Strickland | 787 Seventh A venue | | | New York | NY | 10019 |