Matthew S. Barr
Alan J. Stone
Michael L. Hirschfeld
Andrew M. Leblanc
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Attorneys for Plaintiff-Intervenors and Debtors and Debtors in Possession*

Marc E. Kasowitz
David M. Friedman
Jed I. Bergman
Christine A. Montenegro
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

In re:                                                                 : Chapter 11
                                                                            :
LIGHTSQUARED INC., *et al.*,                              : Case No. 12-12080 (SCC)
                                                                            :
                                                                            : Jointly Administered
                                         Debtors.              :
                                                                            : Adv. Proc. No. 13-01390 (SCC)
------------------------------------------------------------X
                                                                            :
LIGHTSQUARED LP, LIGHTSQUARED INC.,          :
LIGHTSQUARED INVESTORS HOLDINGS INC.      :
TMI COMMUNICATIONS DELAWARE                    :
LIMITED PARTNERSHIP, LIGHTSQUARED GP INC., :
ATC TECHNOLOGIES, LLC, LIGHTSQUARED CORP.,:
LIGHTSQUARED INC. OF VIRGINIA,                        :
LIGHTSQUARED SUBSIDIARY LLC,                         :
SKYTERRA HOLDINGS (CANADA) INC., AND       :
SKYTERRA (CANADA) INC.                                     :
                                                                            :
                              Plaintiff-Intervenors,      :
                                                                            :

```
                        - against-                   :
                                                     :
SP SPECIAL OPPORTUNITIES, LLC,                       :
DISH NETWORK CORPORATION,                            :
ECHOSTAR CORPORATION,                                :
AND CHARLES W. ERGEN,                                :
                                Defendants.          :
-------------------------------------------------------------------X
```

# PLAINTIFFS' SUPPLEMENTAL PROPOSED FINDINGS OF FACT

Plaintiffs LightSquared LP, LightSquared Inc., LightSquared Investors Holdings Inc., TMI Communications Delaware Limited Partnership, LightSquared GP Inc., ATC Technologies, LLC, LightSquared Corp., LightSquared Inc. of Virginia, LightSquared Subsidiary LLC, SkyTerra Holdings (Canada) Inc., and SkyTerra (Canada) Inc., as debtors and debtors in possession (collectively, with certain of their affiliate debtors and debtors in possession, "LightSquared") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and plaintiff-intervenors in this adversary proceeding, and Harbinger Capital Partners LLC, HGW US Holding Company LP, Blue Line DZM Corp., and Harbinger Capital Partners SP, Inc. (collectively, "Harbinger," and with LightSquared, "Plaintiffs"), respectfully submit the following Supplemental Proposed Findings of Fact to incorporate documentary evidence first disclosed by Defendants during plan confirmation discovery.

[redacted]

13-01390-scc Doc 138-1 Filed 03/10/14 Entered 03/10/14 12:01:23 Main Document Pg 4 of 7



13-01390-scc Doc 138-1 Filed 03/10/14 Entered 03/10/14 12:01:23 Main Document Pg 5 of 7



13-01390-scc    Doc 158-1    Filed 03/10/14    Entered 03/10/14 12:01:28    Main Document
                                    Pg 6 of 7





New York, New York
Dated: March 10, 2014

Respectfully submitted,

/s/ Alan J. Stone
Matthew S. Barr
Alan J. Stone
Michael L. Hirschfeld
Andrew M. Leblanc
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Attorneys for Plaintiff-Intervenors
and Debtors and Debtors in Possession*

/s/ David M. Friedman
Marc E. Kasowitz
David M. Friedman
Jed I. Bergman
Christine A. Montenegro
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiffs*