Robert J. Giuffra, Jr.
Brian T. Frawley
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
(212) 558-4000 (telephone)
(212) 558-3588 (facsimile)

*Counsel to DISH Network Corporation and EchoStar Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LIGHTSQUARED INC., *et al.*,<br><br>Debtors.<br><br>---<br><br>LIGHTSQUARED LP, LIGHTSQUARED INC., LIGHTSQUARED INVESTORS HOLDINGS INC., TMI COMMUNICATIONS DELAWARE LIMITED PARTNERSHIP, LIGHTSQUARED GP INC., ATC TECHNOLOGIES, LLC, LIGHTSQUARED CORP., LIGHTSQUARED INC. OF VIRGINIA, LIGHTSQUARED SUBSIDIARY LLC, SKYTERRA HOLDINGS (CANADA) INC., AND SKYTERRA (CANADA) INC.,<br><br>Plaintiffs-Intervenors,<br><br>- against -<br><br>SP SPECIAL OPPORTUNITIES LLC, DISH NETWORK CORPORATION, ECHOSTAR CORPORATION, AND CHARLES ERGEN,<br><br>Defendants. | Chapter 11<br><br>Case No. 12-12080 (SCC)<br><br>Jointly Administered<br><br>Adv. Proc. No. 13-01390 (SCC) |

**DECLARATION OF BRIAN D. GLUECKSTEIN IN SUPPORT OF
DISH NETWORK CORPORATION AND ECHOSTAR CORPORATION'S
OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**

BRIAN D. GLUECKSTEIN, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a member of the Bar of the State of New York and a member of Sullivan & Cromwell LLP, counsel to Defendants DISH Network Corporation and EchoStar Corporation in the above-captioned matter. I am also a member of the Bar of the U.S. District Court for the Southern District of New York.

2. I respectfully submit this Declaration to place before the Court certain materials referenced in *DISH Network Corporation and EchoStar Corporation's Opposition to Plaintiffs' Motion for Sanctions*.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' First Requests for the Production of Documents, dated August 22, 2013.

4. Attached hereto as Exhibit B is a true and correct copy of DISH Network Corporation, EchoStar Corporation, and L-Band Acquisition Corporation's Responses and Objections to Plaintiffs' First Request for the Production of Documents, dated September 9, 2013.

5. Attached hereto as Exhibit C is a true and correct copy of an email chain including an email from Rebecca Hagenson to Brian Glueckstein, dated September 27, 2013.

6. Attached hereto as Exhibit D is a true and correct copy of a letter from Jed Bergman to the Honorable Shelley C. Chapman (with attachments), dated October 10, 2013.

7. Attached hereto as Exhibit E is a true and correct copy of DISH Network Corporation, EchoStar Corporation and L-Band Acquisition Corporation's Responses and Objections to Plaintiffs' Second Requests for the Production of Documents, dated October 11, 2013.

8. Attached hereto as <u>Exhibit F</u> is a true and correct copy of a letter from Christine Montenegro to Gregory Markel, dated October 21, 2013.

9. Attached hereto as <u>Exhibit G</u> is a true and correct copy of a letter from Brian Glueckstein to Christine Montenegro, dated October 22, 2013.

10. Attached hereto as <u>Exhibit H</u> is a true and correct copy of a letter from Alan Stone to the Honorable Shelley C. Chapman (with exhibits), dated November 27, 2013.

11. Attached hereto as <u>Exhibit I</u> is a true and correct copy of a letter from Brian Glueckstein to the Honorable Shelley C. Chapman, dated November 29, 2013.

12. Attached hereto as <u>Exhibit J</u> is a true and correct copy of a letter from Alan Stone to Rachel Strickland and Brian Glueckstein, dated March 8, 2014.

13. Attached hereto as <u>Exhibit K</u> is a true and correct copy of a letter from Brian Frawley to Alan Stone, dated March 9, 2014.

14. Attached hereto as <u>Exhibit L</u> is a true and correct copy of the transcript of the proceedings in this Court on December 2, 2013.

15. Attached hereto as <u>Exhibit M</u> is a true and correct copy of the transcript of the proceedings in this Court on February 4, 2014.

16. Attached hereto as <u>Exhibit N</u> is a true and correct copy of the transcript of the proceedings in this Court on February 28, 2014.

17. Attached hereto as <u>Exhibit O</u> is a true and correct copy of an excerpt from the transcript of the proceedings in this Court on March 17, 2014.

18. Attached hereto as <u>Exhibit P</u> is a true and correct copy of the transcript of the deposition of Thomas A. Cullen, dated March 4, 2014.

19. Attached hereto as <u>Exhibit Q</u> is a true and correct copy of the transcript of the deposition of Mariam Sorond, dated March 4, 2014.

-3-

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2014
      New York, New York

                           /s/ Brian D. Glueckstein
                          Brian D. Glueckstein
                          SULLIVAN & CROMWELL LLP
                          125 Broad Street
                          New York, New York  10004
                          (212) 558-4000 (telephone)
                          (212) 558-3588 (facsimile)

*Counsel to DISH Network Corporation and EchoStar Corporation*