Matthew S. Barr
Alan J. Stone
Michael L. Hirschfeld
Andrew M. Leblanc
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Attorneys for Plaintiff-Intervenors and Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X
                                                                      :
In re:                                                                :    Chapter 11
                                                                      :
LIGHTSQUARED INC., *et al.*,                                          :    Case No. 12-12080 (SCC)
                                                                      :
                                                                      :    Jointly Administered
                              Debtors.                                :
                                                                      :    Adv. Proc. No. 13-01390 (SCC)
----------------------------------------------------------------------X
                                                                      :
LIGHTSQUARED LP, LIGHTSQUARED INC.,                                   :
LIGHTSQUARED INVESTORS HOLDINGS INC.                                  :
TMI COMMUNICATIONS DELAWARE                                           :
LIMITED PARTNERSHIP, LIGHTSQUARED GP INC.,                            :
ATC TECHNOLOGIES, LLC, LIGHTSQUARED CORP.,                            :
LIGHTSQUARED INC. OF VIRGINIA,                                        :
LIGHTSQUARED SUBSIDIARY LLC,                                          :
SKYTERRA HOLDINGS (CANADA) INC., AND                                  :
SKYTERRA (CANADA) INC.                                                :
                                                                      :
                              Plaintiff-Intervenors,                  :
                                                                      :
            - against-                                                :
                                                                      :
SP SPECIAL OPPORTUNITIES LLC,                                         :
DISH NETWORK CORPORATION,                                             :
ECHOSTAR CORPORATION,                                                 :
AND CHARLES W. ERGEN,                                                 :
                              Defendants.                             :
----------------------------------------------------------------------X

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that a status conference (the "Status Conference") will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), on **May 27, 2014 at 2:00 p.m. (prevailing Eastern time).**

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held at the Bankruptcy Court, Alexander Hamilton Custom House, Courtroom No. 623, One Bowling Green, New York, NY 10004, unless otherwise ordered by the Bankruptcy Court.

New York, New York  
Dated:  May 12, 2014

Respectfully submitted,

/s/ Matthew S. Barr  
Matthew S. Barr  
Alan J. Stone  
Michael L. Hirschfeld  
Andrew M. Leblanc  
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP  
One Chase Manhattan Plaza  
New York, NY 10005-1413  
(212) 530-5000

*Attorneys for Plaintiff-Intervenors and Debtors and Debtors in Possession*