Rachel C. Strickland
Tariq Mundiya
James C. Dugan
Matthew S. Freimuth
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LIGHTSQUARED INC., *ET AL.*, | : | Case No. 12-12080 (SCC) |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------- x   Adv. Proc. No. 13-01390 (SCC)

LIGHTSQUARED LP, LIGHTSQUARED INC., LIGHTSQUARED INVESTORS HOLDINGS INC., TMI COMMUNICATIONS DELAWARE LIMITED PARTNERSHIP, LIGHTSQUARED GP INC., ATC TECHNOLOGIES, LLC, LIGHTSQUARED CORP., LIGHTSQUARED INC. OF VIRGINIA, LIGHTSQUARED SUBSIDIARY LLC, SKYTERRA HOLDINGS (CANADA) INC., AND SKYTERRA (CANADA) INC.

                      Plaintiff-Intervenors,

      vs.

SP SPECIAL OPPORTUNITIES, LLC, DISH NETWORK CORPORATION, ECHOSTAR CORPORATION, AND CHARLES W. ERGEN

                      Defendants.

---------------------------------------------------------------- x

## NOTICE OF APPEAL

    NOTICE IS HEREBY GIVEN, the Defendants SP Special Opportunities, LLC and

Charles W. Ergen (collectively, the "Ergen Defendants"), by and through their undersigned

counsel, appeal under 28 U.S.C. § 158(a) from the judgment, order, or decree of Judge Shelley C. Chapman entered in this adversary proceeding on the tenth day of June, 2014 (the "Order"). While the Ergen Defendants believe the Order is not a final judgment, order, or decree, the Ergen Defendants are filing this Notice of Appeal in an abundance of caution to prevent any contention that the Ergen Defendants waived their right to appeal the findings and conclusions in the Order following the entry of a final judgment in this adversary proceeding.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

<u>Defendants-Appellants</u>:

>Rachel C. Strickland
>Tariq Mundiya
>James C. Dugan
>Matthew S. Freimuth
>WILLKIE FARR & GALLAGHER LLP
>787 Seventh Avenue
>New York, NY 10019
>Telephone: (212) 728-8000
>*Attorneys for Charles W. Ergen and SP Special Opportunities, LLC*

<u>Plaintiffs-Appellees</u>:

>Matthew S. Barr
>Alan J. Stone
>Karen Gartenberg
>MILBANK, TWEED, HADLEY AND MCCLOY LLP
>One Chase Manhattan Plaza
>New York, NY 10005-1413
>Telephone: (212) 530-5000
>*Attorneys for Debtors and Debtors in Possession*

<u>Parties in Interest</u>:

>David M. Friedman
>Jed I. Bergman
>Christine A. Montenegro
>KASOWITZ BENSON TORRES & FRIEDMAN LLP
>1633 Broadway

New York, NY 10019
*Attorneys for Harbinger Capital Partners LLC, HGW US Holding Company LP, Blue Line DZM Corp., and Harbinger Capital Partners SP, Inc.*

Robert J. Giuffra, Jr.
Brian T. Frawley
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (1212) 558-8000
*Attorneys for EchoStar Corporation and DISH Network Corporation*

Abid Qureshi
Philip C. Dublin
Kenneth A. Davis
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
*Attorneys for U.S. Bank National Association and MAST Capital Management, LLC on behalf of its managed and affiliated funds*

Thomas Lauria
Glenn M. Kurtz
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
*Attorneys for the Ad Hoc Secured Group of LightSquared LP Lenders*

Paul M. Basta
James H.M. Sprayregen
Joshua A. Sussberg
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
*Attorneys for the Special Committee*

| | |
|---|---|
| Dated:  June 23, 2014<br>         New York, New York | Respectfully submitted,<br><br>WILLKIE FARR & GALLAGHER LLP<br><br> /s/ James C. Dugan<br>Rachel C. Strickland<br>Tariq Mundiya<br>James C. Dugan<br>Matthew S. Freimuth<br>787 Seventh Avenue<br>(212) 728-8000<br>New York, New York 10019<br><br>*Counsel for SP Special Opportunities, LLC and Charles W. Ergen* |