**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LIGHTSQUARED INC., *et al.*, | ) | Case No. 12-12080 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| LIGHTSQUARED LP, LIGHTSQUARED INC., | ) | |
| LIGHTSQUARED INVESTORS HOLDINGS INC. | ) | |
| TMI COMMUNICATIONS DELAWARE, | ) | |
| LIMITED PARTNERSHIP, LIGHTSQUARED GP INC., | ) | |
| ATC TECHNOLOGIES, LLC, LIGHTSQUARED CORP., | ) | |
| LIGHTSQUARED INC. OF VIRGINIA, | ) | Adv. Pro. No. 13-1390 (SCC) |
| LIGHTSQUARED SUBSIDIARY LLC, | ) | |
| SKYTERRA HOLDINGS (CANADA) INC., AND | ) | |
| SKYTERRA (CANADA) INC., | ) | |
| | ) | |
| Plaintiff-Intervenors, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| SP SPECIAL OPPORTUNITIES LLC, | ) | |
| DISH NETWORK CORPORATION, | ) | |
| ECHOSTAR CORPORATION, | ) | |
| AND CHARLES W. ERGEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEDIATOR'S MEMORANDUM UNDER ¶¶ 14 AND 15 OF MEDIATION ORDER**

By the Court's Order Selecting Mediator and Governing Mediation Procedure, dated May 28,

2014 (the "Mediation Order"), the Court directed the mediation of issues pertaining to a chapter 11 plan

in this case, as set forth in ¶ 2 of the Mediation Order, and appointed me as the mediator. This is the

mediator's memorandum, filed as directed by ¶ 14 of the Mediation Order.

As scheduled in advance as provided in ¶¶ 3 and 7 of the Mediation Order, the Court held three day-long mediation sessions, on June 9, 17 and 23, 2014.  I informed the parties before the start of the mediation and at each session that the mediation would cease at the end of the June 23, 2014 session. The principal of one party, SPSO/Charles Ergen, left the mediation on June 23, 2014 without my permission; I informed that party's counsel, who remained at that the session, that I was willing to continue the mediation, notwithstanding the ground-rule that it would end at the conclusion of the June 23, 2014 session, if SPSO made a certain proposal by 5:00 p.m. on June 24, 2014. Such proposal was not made.  Since June 23, 2014, I have participated in several phone calls regarding details of the agreements reached during the mediation.  I am prepared to continue that role if the parties seek it; however, the global mediation directed by the Mediation Order has ended.

As contemplated by ¶¶  4 and 5 of the Mediation Order, while scheduling the mediation sessions I informed all parties that each would be required to attend all three sessions with at least one principal or, as specifically authorized for the first two sessions for one party, SPSO, by a representative with settlement authority.  A list of the participants in the mediation and, as provided in ¶ 14 of the Mediation Order, the business addresses and telephone numbers of the counsel and advisors who participated, is attached.

As provided in ¶ 14 of the Mediation Order, I report that the mediation was primarily successful. With the exception of one party, all of the parties to the mediation have agreed on the key business terms of a chapter 11 plan for the debtors that should be confirmable without the support of the one party, SPSO, which has not agreed.

There clearly is no requirement that a mediation party reach agreement with any other party.  I believe, however, and report consistent with ¶ 15 of the Mediation Order, that SPSO/Charles Ergen have not participated in the mediation in good faith and have wasted the parties and the mediator's

time and resources.  I understand the seriousness of this assertion; it is unique in my experience as a

mediator in a field where the parties are known to assert their positions aggressively and sharp elbows

in negotiations, although not welcome, are tolerated.


Dated:  White Plains, New York
            June 27, 2014


                                                        /s/ Robert D. Drain_____
                                                        Hon. Robert D. Drain

LightSquared Mediator's Report—Exhibit A

List of Mediation Participants Pursuant to the Order Selecting Mediator and Governing Mediation Procedure ¶ 14(b)

## LightSquared - June 9, 2014 Mediation

|  | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| 1. | Abbruzzese | Jerry | Harbinger Capital Partners | |
| 2. | Ambruoso | Andrew | White & Case | 1155 Avenue of the Americas New York, NY 10036-2787 Tel: (212) 819-8967 |
| 3. | Baker | Nick | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue New York, NY 10017-3954 Tel: (212) 455-2032 |
| 4. | Basta | Paul | Kirkland & Ellis LLP | 601 Lexington Avenue New York, NY 10022 Tel: (212) 446-4750 |
| 5. | Boylan | Neil | J.P. Morgan Chase Bank, N.A. | 383 Madison Avenue New York, NY 10179 Tel: (212) 270-1410 |
| 6. | Brown | C.J. | The Blackstone Group, L.P. | 345 Park Avenue New York, NY 10154 Tel: (212) 583-5582 |
| 7. | Carr | Alan | Fortress Investment Group | 1345 Avenue of the Americas New York, NY 10105 Tel: (212) 798-6100 |
| 8. | Court | Nathan | Houlihan Lokey | 10250 Constellation Blvd., 5th Floor Los Angeles, CA 90067 Tel. (310) 553-8871 |

## LightSquared – June 9, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| 9. | Daigle | David | Capital Fixed Income Investors | 630 Fifth Ave., 36th Floor New York, NY 10111-0121 Tel: (212) 641-1748 |
| 10. | Davis | Ken | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park New York, NY 10036-6745 Tel: (212) 872-1000 |
| 11. | Dublin | Phil | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park New York, NY 10036-6745 Tel: (212) 872-1000 |
| 12. | Ergen | Cantey | SP Special Opportunities LLC | |
| 13. | Falcone | Phil | Harbinger Capital Partners | 450 Park Avenue, 30th Floor New York, NY 10022-2637 Tel: (212) 339-5800 |
| 14. | Forman | Dan | Willkie Farr & Gallagher LLP | 787 Seventh Avenue New York, NY 10019-6099 Tel: (212) 728-8196 |
| 15. | Fraser | Bryce | Fortress Investment Group | One Market Plaza Spear Tower, 42nd Floor San Francisoc, CA 94105 Tel: (415) 284-7444 |
| 16. | Friedman | David | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway New York, NY 10019-6799 Tel: (212) 506-1700 |
| 17. | Gartenberg | Karen | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza New York, NY 10005-1413 Tel: (212) 530-5630 |
| 18. | Goldstein | Jayme | Stroock & Stroock & Lavan LLP | 180 Maiden Lane New York, NY 10038-4982 |

## LightSquared – June 9, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| | | | | Tel: (212) 806-5400 |
| 19. | Hansen | Kris | Stroock & Stroock & Lavan LLP | 180 Maiden Lane<br>New York, NY 10038-4982<br>Tel: (212) 806-5400 |
| 20. | Harris | Adam | Schulte Roth & Zabel LLP | 919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 756-2000 |
| 21. | Hirschfeld | Mike | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5832 |
| 22. | Hootnick | Mark | Moelis | 399 Park Avenue, 5th Floor<br>New York, NY 10022<br>Tel: (212) 883-3595 |
| 23. | Joszef | Steve | J.P. Morgan Chase Bank, N.A. | 383 Madison Avenue<br>New York, NY 10179<br>Tel: (212) 834-5225 |
| 24. | Kleinman | Adam | Mast Capital Management, LLC | 200 Clarendon Street, 51st Floor<br>Boston, MA 02116<br>Tel: (617) 375-3019 |
| 25. | Kronsberg | Joe | Cyrus Capital | 399 Park Avenue, 39th Floor<br>New York, NY 10022<br>Tel: (212) 380-5800 |
| 26. | Kurtz | Glenn | White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-8252 |
| 27. | Lahaie | Meredith | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park<br>New York, NY 10036-6745 |

## LightSquared – June 9, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| | | | | Tel: (212) 872-1000 |
| 28. | Lauria | Tom | White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-2637 |
| 29. | Lu | Curtis | LightSquared | 10802 Parkridge Blvd.<br>Reston, VA 20191<br>Tel: (703) 390-2715 |
| 30. | McGivaren | Sharp | The Blackstone Group, L.P. | 345 Park Avenue<br>New York, NY 10154<br>Tel: (646) 482-8846 |
| 31. | McKnight | Drew | Fortress Investment Group | 1345 Avenue of the Americas<br>New York, NY 10105<br>Tel: (212) 798-6100 |
| 32. | Montagner | Marc | LightSquared | 10802 Parkridge Blvd.<br>Reston, VA 20191<br>Tel: (703) 390-2021 |
| 33. | Mundiya | Tariq | Willkie Farr & Gallagher LLP | 787 Seventh Ave.<br>New York, NY 10019-6099<br>Tel: |
| 34. | Murgio | David | Harbinger Capital Partners | 450 Park Avenue, 30th Floor<br>New York, NY 10022<br>Tel: (212) 339-5129 |
| 35. | Neumark | Jack | Fortress Investment Group | 1345 Avenue of the Americas<br>New York, NY 10105<br>Tel: (212) 479-1516 |
| 36. | Palmer | Michael | Cerberus Capital Management, L.P. | 875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 891-2100 |

## LightSquared – June 9, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| 37. | Park | Karen | Schulte Roth & Zabel LLP | 919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 756-2000 |
| 38. | Qusba | Sandy | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue<br>New York, NY 10017-3954<br>Tel: (212) 455-3760 |
| 39. | Rogers | Christopher | Lumia Capital | 116 New Montgomery Street, Suite 600<br>San Francisco, CA 94105 |
| 40. | Saad | Joe | J.P. Morgan Chase Bank, N.A. | 383 Madison Avenue<br>New York, NY 10179<br>Tel: (212) 270-6354 |
| 41. | Shiff | Adam | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway<br>New York, NY 10019-6799<br>Tel: (212) 506-1700 |
| 42. | Smith | Doug | LightSquared | 10802 Parkridge Blvd.<br>Reston, VA 20191<br>Tel: (703) 390-2749 |
| 43. | Straccia | Bill | Cerberus Capital Management, L.P. | 875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 891-2100 |
| 44. | Strickland | Rachel | Willkie Farr & Gallagher LLP | 787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: (212) 728-8544 |
| 45. | Sussberg | Josh | Kirkland & Ellis LLP | 601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4829 |
| 46. | Szanzer | Steven | Milbank, Tweed, Hadley & | One Chase Manhattan Plaza<br>New York, NY 10005-1413 |

| **LightSquared – June 9, 2014 Mediation** | | | |
| --- | --- | --- | --- |
| | **Last Name** | **First Name** | **Company** | **Contact Information** |

| | Last Name | First Name | Company | Contact Information |
| --- | --- | --- | --- | --- |
| | | | McCloy LLP | Tel: (212) 530-5120 |
| 47. | Winters | Julia | White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-8541 |
| 48. | Winthrop | Eric | Houlihan Lokey | 10250 Constellation Blvd., 5th Floor<br>Los Angeles, CA 90067<br>Tel. 310 553 8871 |
| 49. | Zelin | Steve | The Blackstone Group, L.P. | 345 Park Avenue<br>New York, NY 10154<br>Tel: (212) 583-5886 |

## LightSquared - June 17, 2014 Mediation

|     | Last Name | First Name | Company | Contact Information |
|-----|-----------|-----------|---------|---------------------|
| 50. | Abbruzzese | Jerry | Harbinger Capital Partners | |
| 51. | Ambruoso | Andrew | White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-8967 |
| 52. | Baker | Nick | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue<br>New York, NY 10017-3954<br>Tel: (212) 455-2032 |
| 53. | Barr | Matt | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5194 |
| 54. | Basta | Paul | Kirkland & Ellis LLP | 601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4750 |
| 55. | Boylan | Neil | J.P. Morgan Chase Bank, N.A. | 383 Madison Avenue<br>New York, NY 10179<br>Tel: (212) 270-1410 |
| 56. | Brown | C.J. | The Blackstone Group, L.P. | 345 Park Avenue<br>New York, NY 10154<br>Tel: (212) 583-5582 |
| 57. | Carr | Alan | Fortress Investment Group | 1345 Avenue of the Americas<br>New York, NY 10105<br>Tel: (212) 798-6100 |
| 58. | Court | Nathan | Houlihan Lokey | 10250 Constellation Blvd., 5th Floor<br>Los Angeles, CA 90067<br>Tel. 310 553 8871 |

## LightSquared – June 17, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| 59. | Daigle | David | Capital Fixed Income Investors | 630 Fifth Ave., 36th Floor<br>New York, NY 10111-0121<br>Tel: (212) 641-1748 |
| 60. | Davis | Ken | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park<br>New York, NY 10036-6745<br>Tel: (212) 872-1000 |
| 61. | Dublin | Phil | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park<br>New York, NY 10036-6745<br>Tel: (212) 872-1000 |
| 62. | Falcone | Phil | Harbinger Capital Partners | 450 Park Avenue, 30th Floor<br>New York, NY 10022-2637<br>Tel: (212) 339-5800 |
| 63. | Forman | Dan | Willkie Farr & Gallagher LLP | 787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: (212) 728-8196 |
| 64. | Fraser | Bryce | Fortress Investment Group | One Market Plaza<br>Spear Tower, 42nd Floor<br>San Francisoc, CA 94105<br>Tel: (415) 284-7444 |
| 65. | Friedman | David | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway<br>New York, NY 10019-6799<br>Tel: (212) 506-1700 |
| 66. | Gartenberg | Karen | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5630 |
| 67. | Goldman | Neal | Fortress Investment Group | 1345 Avenue of the Americas<br>New York, NY 10105<br>Tel: (212) 798-6100 |

## LightSquared – June 17, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| 68. | Goldstein | Jayme | Stroock & Stroock & Lavan LLP | 180 Maiden Lane<br>New York, NY 10038-4982<br>Tel: (212) 806-5400 |
| 69. | Hansen | Kris | Stroock & Stroock & Lavan LLP | 180 Maiden Lane<br>New York, NY 10038-4982<br>Tel: (212) 806-5400 |
| 70. | Harris | Adam | Schulte Roth & Zabel LLP | 919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 756-2000 |
| 71. | Hirschfeld | Mike | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5832 |
| 72. | Hootnick | Mark | Moelis | 399 Park Avenue, 5th Floor<br>New York, NY 10022<br>Tel: (212) 883-3595 |
| 73. | Joszef | Steve | J.P. Morgan Chase Bank, N.A. | 383 Madison Avenue<br>New York, NY 10179<br>Tel: (212) 834-5225 |
| 74. | Kase | Jamie | LightSquared | 10802 Parkridge Blvd.<br>Reston, VA 20191<br>Tel: (703) 390-2700 |
| 75. | Kleinman | Adam | Mast Capital Management, LLC | 200 Clarendon Street, 51st Floor<br>Boston, MA 02116<br>Tel: (617) 375-3019 |
| 76. | Kronsberg | Joe | Cyrus Capital | 399 Park Avenue, 39th Floor<br>New York, NY 10022<br>Tel: (212) 380-5800 |

## LightSquared - June 17, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| 77. | Kurtz | Glenn | White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-8252 |
| 78. | Lahaie | Meredith | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park<br>New York, NY 10036-6745<br>Tel: (212) 872-1000 |
| 79. | Lauria | Tom | White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-2637 |
| 80. | Lu | Curtis | LightSquared | 10802 Parkridge Blvd.<br>Reston, VA 20191<br>Tel: (703) 390-2715 |
| 81. | McGivaren | Sharp | The Blackstone Group, L.P. | 345 Park Avenue<br>New York, NY 10154<br>Tel: (646) 482-8846 |
| 82. | McKnight | Drew | Fortress Investment Group | 1345 Avenue of the Americas<br>New York, NY 10105<br>Tel: (212) 798-6100 |
| 83. | Montagner | Marc | LightSquared | 10802 Parkridge Blvd.<br>Reston, VA 20191<br>Tel: (703) 390-2021 |
| 84. | Mundiya | Tariq | Willkie Farr & Gallagher LLP | 787 Seventh Ave.<br>New York, NY 10019-6099<br>Tel: |
| 85. | Murgio | David | Harbinger Capital Partners | 450 Park Avenue, 30th Floor<br>New York, NY 10022<br>Tel: (212) 339-5129 |
| 86. | Neumark | Jack | Fortress Investment Group | 1345 Avenue of the Americas<br>New York, NY 10105 |

## LightSquared – June 17, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| | | | | Tel: (212) 479-1516 |
| 87. | Palmer | Michael | Cerberus Capital Management, L.P. | 875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 891-2100 |
| 88. | Park | Karen | Schulte Roth & Zabel LLP | 919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 756-2000 |
| 89. | Qusba | Sandy | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue<br>New York, NY 10017-3954<br>Tel: (212) 455-3760 |
| 90. | Reed | Peter | Mast Capital Management, LLC | 200 Clarendon Street, 51st Floor<br>Boston, MA 02116<br>Tel: (617) 375-3000 |
| 91. | Rogers | Christopher | Lumia Capital | 116 New Montgomery Street, Suite 600<br>San Francisco, CA 94105 |
| 92. | Saad | Joe | J.P. Morgan Chase Bank, N.A. | 383 Madison Avenue<br>New York, NY 10179<br>Tel: (212) 270-6354 |
| 93. | Shiff | Adam | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway<br>New York, NY 10019-6799<br>Tel: (212) 506-1700 |
| 94. | Smith | Doug | LightSquared | 10802 Parkridge Blvd.<br>Reston, VA 20191<br>Tel: (703) 390-2749 |
| 95. | Stone | Alan | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza<br>New York, NY 10005-1413 |

## LightSquared – June 17, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| | | | | Tel: (212) 530-5285 |
| 96. | Straccia | Bill | Cerberus Capital Management, L.P. | 875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 891-2100 |
| 97. | Strickland | Rachel | Willkie Farr & Gallagher LLP | 787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: (212) 728-8544 |
| 98. | Sussberg | Josh | Kirkland & Ellis LLP | 601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4829 |
| 99. | Szanzer | Steven | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5120 |
| 100 | Winters | Julia | White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-8541 |
| 101 | Winthrop | Eric | Houlihan Lokey | 10250 Constellation Blvd., 5th Floor<br>Los Angeles, CA 90067<br>Tel. 310 553 8871 |
| 102 | Zelin | Steve | The Blackstone Group, L.P. | 345 Park Avenue<br>New York, NY 10154<br>Tel: (212) 583-5886 |

## LightSquared - June 23, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| 103 | Abbruzzese | Jerry | Harbinger Capital Partners | 8461 Lake Worth Rd.<br>Lake Worth, FL 33467<br>Tel: (518) 527-8007 |
| 104 | Ambruoso | Andrew | White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-8967 |
| 105 | Baker | Nick | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue<br>New York, NY 10017-3954<br>Tel: (212) 455-2032 |
| 106 | Barr | Matt | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5194 |
| 107 | Basta | Paul | Kirkland & Ellis LLP | 601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4750 |
| 108 | Boylan | Neil | J.P. Morgan Chase Bank, N.A. | 383 Madison Avenue<br>New York, NY 10179<br>Tel: (212) 270-1410 |
| 109 | Brown | C.J. | The Blackstone Group, L.P. | 345 Park Avenue<br>New York, NY 10154<br>Tel: (212) 583-5582 |
| 110 | Carr | Alan | Fortress Investment Group | 1345 Avenue of the Americas<br>New York, NY 10105<br>Tel: (212) 798-6100 |
| 111 | Court | Nathan | Houlihan Lokey | 10250 Constellation Blvd., 5th Floor |

## LightSquared – June 23, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| | | | | Los Angeles, CA 90067<br>Tel. 310 553 8871 |
| 112 | Daigle | David | Capital Fixed Income Investors | 630 Fifth Ave., 36th Floor<br>New York, NY 10111-0121<br>Tel: (212) 641-1748 |
| 113 | Davis | Ken | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park<br>New York, NY 10036-6745<br>Tel: (212) 872-1000 |
| 114 | Dublin | Phil | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park<br>New York, NY 10036-6745<br>Tel: (212) 872-1000 |
| 115 | Ergen | Charles | SP Special Opportunities LLC | S.P. Special Opportunities LLC<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: (212) 728-8544 |
| 116 | Falcone | Phil | Harbinger Capital Partners | 450 Park Avenue, 30th Floor<br>New York, NY 10022-2637<br>Tel: (212) 339-5800 |
| 117 | Forman | Dan | Willkie Farr & Gallagher LLP | 787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: (212) 728-8196 |
| 118 | Fraser | Bryce | Fortress Investment Group | One Market Plaza<br>Spear Tower, 42nd Floor<br>San Francisoc, CA 94105<br>Tel: (415) 284-7444 |
| 119 | Friedman | David | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway<br>New York, NY 10019-6799<br>Tel: (212) 506-1700 |

## LightSquared - June 23, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| 120 | Gartenberg | Karen | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5630 |
| 121 | Goldman | Neal | Fortress Investment Group | 1345 Avenue of the Americas<br>New York, NY 10105<br>Tel: (212) 798-6100 |
| 122 | Goldstein | Jayme | Stroock & Stroock & Lavan LLP | 180 Maiden Lane<br>New York, NY 10038-4982<br>Tel: (212) 806-5400 |
| 123 | Hansen | Kris | Stroock & Stroock & Lavan LLP | 180 Maiden Lane<br>New York, NY 10038-4982<br>Tel: (212) 806-5400 |
| 124 | Harris | Adam | Schulte Roth & Zabel LLP | 919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 756-2000 |
| 125 | Hirschfeld | Mike | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5832 |
| 126 | Hootnick | Mark | Moelis | 399 Park Avenue, 5th Floor<br>New York, NY 10022<br>Tel: (212) 883-3595 |
| 127 | Joszef | Steve | J.P. Morgan Chase Bank, N.A. | 383 Madison Avenue<br>New York, NY 10179<br>Tel: (212) 834-5225 |
| 128 | Kase | Jamie | LightSquared | 10802 Parkridge Blvd.<br>Reston, VA 20191<br>Tel: (703) 390-2700 |
| 129 | Kleinman | Adam | Mast Capital Management, | 200 Clarendon Street, 51st Floor |

## LightSquared – June 23, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| | | | LLC | Boston, MA 02116<br>Tel: (617) 375-3019 |
| 130 | Kronsberg | Joe | Cyrus Capital | 399 Park Avenue, 39th Floor<br>New York, NY 10022<br>Tel: (212) 380-5800 |
| 131 | Kurtz | Glenn | White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-8252 |
| 132 | Lahaie | Meredith | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park<br>New York, NY 10036-6745<br>Tel: (212) 872-1000 |
| 133 | Lauria | Tom | White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-2637 |
| 134 | Lu | Curtis | LightSquared | 10802 Parkridge Blvd.<br>Reston, VA 20191<br>Tel: (703) 390-2715 |
| 135 | McGivaren | Sharp | The Blackstone Group, L.P. | 345 Park Avenue<br>New York, NY 10154<br>Tel: (646) 482-8846 |
| 136 | McKnight | Drew | Fortress Investment Group | 1345 Avenue of the Americas<br>New York, NY 10105<br>Tel: (212) 798-6100 |
| 137 | Montagner | Marc | LightSquared | 10802 Parkridge Blvd.<br>Reston, VA 20191<br>Tel: (703) 390-2021 |
| 138 | Mundiya | Tariq | Willkie Farr & Gallagher LLP | 787 Seventh Ave.<br>New York, NY 10019-6099 |

## LightSquared – June 23, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| | | | | Tel: |
| 139 | Murgio | David | Harbinger Capital Partners | 450 Park Avenue, 30th Floor<br>New York, NY 10022<br>Tel: (212) 339-5129 |
| 140 | Neumark | Jack | Fortress Investment Group | 1345 Avenue of the Americas<br>New York, NY 10105<br>Tel: (212) 479-1516 |
| 141 | Palmer | Michael | Cerberus Capital Management, L.P. | 875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 891-2100 |
| 142 | Park | Karen | Schulte Roth & Zabel | 919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 756-2000 |
| 143 | Qusba | Sandy | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue<br>New York, NY 10017-3954<br>Tel: (212) 455-3760 |
| 144 | Reed | Peter | Mast Capital Management, LLC | 200 Clarendon Street, 51st Floor<br>Boston, MA 02116<br>Tel: (617) 375-3000 |
| 145 | Rogers | Christopher | Lumia Capital | 116 New Montgomery Street, Suite 600<br>San Francisco, CA 94105 |
| 146 | Saad | Joe | J.P. Morgan Chase Bank, N.A. | 383 Madison Avenue<br>New York, NY 10179<br>Tel: (212) 270-6354 |
| 147 | Shiff | Adam | Kasowitz Benson Torres & Friedman LLP | 1633 Broadway<br>New York, NY 10019-6799 |

## LightSquared – June 23, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| | | | | Tel: (212) 506-1700 |
| 148 | Smith | Doug | LightSquared | 10802 Parkridge Blvd. Reston, VA 20191 Tel: (703) 390-2749 |
| 149 | Stone | Alan | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza New York, NY 10005-1413 Tel: (212) 530-5285 |
| 150 | Straccia | Bill | Cerberus Capital Management, L.P. | 875 Third Avenue New York, NY 10022 Tel: (212) 891-2100 |
| 151 | Strickland | Rachel | Willkie Farr & Gallagher LLP | 787 Seventh Avenue New York, NY 10019-6099 Tel: (212) 728-8544 |
| 152 | Sussberg | Josh | Kirkland & Ellis LLP | 601 Lexington Avenue New York, NY 10022 Tel: (212) 446-4829 |
| 153 | Szanzer | Steven | Milbank, Tweed, Hadley & McCloy LLP | One Chase Manhattan Plaza New York, NY 10005-1413 Tel: (212) 530-5120 |
| 154 | Winters | Julia | White & Case | 1155 Avenue of the Americas New York, NY 10036-2787 Tel: (212) 819-8541 |
| 155 | Winthrop | Eric | Houlihan Lokey | 10250 Constellation Blvd., 5th Floor Los Angeles, CA 90067 Tel. 310 553 8871 |
| 156 | Zelin | Steve | The Blackstone Group, L.P. | 345 Park Avenue New York, NY 10154 |

## LightSquared – June 23, 2014 Mediation

| | Last Name | First Name | Company | Contact Information |
|---|---|---|---|---|
| | | | | Tel: (212) 583-5886 |